**EXHIBIT A**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

HARVEY MILES, JR.,

        Plaintiff,                                    **STIPULATION OF DISMISSAL**

v                                                              20-CV-1727

POLICE ATHLETIC LEAGUE OF BUFFALO,

        Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned Parties, that this action be, and the same hereby is dismissed, with prejudice, on the merits and without costs to any party as against the other, based upon the Settlement Agreement and Release between them dated as of December 22, 2021, which is incorporated by this reference.

Dated: December __, 2021

_____          _____
Harvey Miles, Jr.                                                  Arianna Kwiatkowski, Esq.

326 Herman Street (Upper)                              **BARCLAY DAMON LLP**
Buffalo, New York 14211                                  200 Delaware Ave.
                                                                            Suite 1200
                                                                            Buffalo, NY 14202-2150
*Plaintiff*                                                              akwiatkowski@barclaydamon.com

                                                                            *Attorneys for Defendant*

**SO ORDERED:**

_____
**United States District Judge**
**Dated: December __, 2021**

10

23792829.1